AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern            DISTRICT OF            New York

### APPEARANCE

Case Number: 07-CIV-9899

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Metropolitan College of New York

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/29/08 | _[signature]_ |
| Date | Signature |
| | David S. Sheiffer — ds4198 |
| | Print Name — Bar Number |
| | Wilson Elser Moskowitz Edelman & Dicker/150 E. 42nd St. |
| | Address |
| | New York — NY — 10017 |
| | City — State — Zip Code |
| | (212) 490-3000 — (212) 490-3038 |
| | Phone Number — Fax Number |