AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    New York

### APPEARANCE

Case Number: 07-CIV-9899

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Metropolitan College of New York

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/29/08 | *(signature)* |
| Date | Signature |
| | Steven L. Young    sly8110 |
| | Print Name    Bar Number |
| | Wilson Elser Moskowitz Edelman & Dicker/3 Gannett Drive |
| | Address |
| | White Plains    NY    10604 |
| | City    State    Zip Code |
| | (914) 323-7000    (914) 323-7001 |
| | Phone Number    Fax Number |