AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern   DISTRICT OF   New York

### APPEARANCE

Case Number: 07-CIV-9899

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Metropolitan College of New York

I certify that I am admitted to practice in this court.

_01.29.08_
Date

_/s/ Susan K. Slim_
Signature

Susan K. Slim                                        ss3785
Print Name                                        Bar Number

Wilson Elser Moskowitz Edelman & Dicker/150 E. 42nd St.
Address

New York              NY              10017
City                  State           Zip Code

(212) 490-3000                    (212) 490-3038
Phone Number                      Fax Number