# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, New York 10017-5639   Tel: (212) 490-3000   Fax: (212) 490-3038

*New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago*
*White Plains, NY • Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • London*
*Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich*

www.wemed.com

January 30, 2008

VIA FACSIMILE—212.805.7941

Hon. Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1320
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/08

Re:   *Ganu et al. v. Metropolitan College of New York, et al.*
      Civ. No. 07-09899 (LAP)

Dear Judge Preska:

This firm has recently been retained to represent the defendant, Metropolitan College of New York, in the above-referenced matter. We write to request the Court's approval of an extension of our client's time to respond, originally returnable on November 28, up to and including **February 29, 2008**.

Please note that this request is being made upon consent of plaintiff's counsel. Further, as this is the first request for an extension, we respectfully request that the Court approve this application.

We appreciate the Court's attention to this matter. If you have any questions or concerns, please do not hesitate to contact David Sheiffer, who is lead counsel in this matter, or me.

Respectfully Submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Susan K. Slim

SO ORDERED:

*Loretta A. Preska*
Hon. Loretta A. Preska, USDJ

February 3, 2008

3106433.1

cc:     (via fax)

Walker Green Harman, Jr.
Law Office of Walker G. Harman, Jr.
1350 Broadway, 43rd Floor
New York, New York 10005
(212) 425-2600
Fax: (212) 338-9088
Email: wharman@theharmanfirm.com