AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern   DISTRICT OF   New York

## APPEARANCE

Case Number: 07-CIV-9899

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Stephen Greenwald
Paul Lerman
Robert Gilmore
Ralph Leal
Susan Latham

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/8/2008 | _(signature)_ |
| Date | Signature |
| | David S. Sheiffer    ds4198 |
| | Print Name    Bar Number |
| | Wilson Elser Moskowitz Edelman & Dicker/150 E. 42nd St. |
| | Address |
| | New York    NY    10017 |
| | City    State    Zip Code |
| | (212) 490-3000    (212) 490-3038 |
| | Phone Number    Fax Number |