AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern          DISTRICT OF          New York

## APPEARANCE

Case Number: 07-CIV-9899

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Stephen Greenwald
Paul Lerman
Robert Gilmore
Ralph Leal
Susan Latham

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/8/2008 | _[signature]_ |
| Date | Signature |
| | Steven L. Young — sly8810 |
| | Print Name — Bar Number |
| | Wilson Elser Moskowitz Edelman & Dicker/3 Gannett Drive |
| | Address |
| | White Plains — NY — 10604 |
| | City — State — Zip Code |
| | (914) 323-7000 — (914) 323-7001 |
| | Phone Number — Fax Number |