UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

KOMLA GANU, BENJAMIN PATTERSON,
CLIVE NEIL, GREGORY JOSE, and ROSALIA
LAPENA,

            Plaintiffs,

  - against -

METROPOLITAN COLLEGE OF NEW YORK,
STEPHEN GREENWALD, PAUL LERMAN, ROBERT
GILMORE, RALPH LEAL, and SUSAN LATHAM,

            Defendants.

------------------------------------------------------------------------x

**Fed. R. Civ. P. 7.1 Statement**

07 CIV. 9899

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, defendants METROPOLITAN COLLEGE OF NEW YORK ("MCNY"), STEPHEN GREENWALD, PAUL LERMAN, ROBERT GILMORE, RALPH LEAL and SUSAN LATHAM, by and through their attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP, certifies that MCNY is not publicly traded and no public corporation owns "10% or more of its stock."

Dated:    New York, New York
            February 28, 2008

                              WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                              By: _____
                                 David S. Sheiffer (DSS 4198
                                 A Member of the Firm
                                 Attorneys for Defendants
                                 150 East 42nd Street
                                 New York, New York 10017-5639
                                 (212) 490-3000
                                 File No.:04127.00196

3136920.1

## CERTIFICATE OF SERVICE

Glennis Syder, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in New York County;

That on the 28th day of February, 2008, deponent served the within RULE 7.1. STATEMENT upon:

> Walker G. Harman, Jr.
> Attorney for Plaintiffs
> 1350 Broadway, Suite 1510
> New York, NY 10018

at the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
Glennis Syder

Sworn to before me this
28th day of February, 2008

_____
Notary Public

SUSAN K. SLIM
NOTARY PUBLIC, State of New York
No. 02SL6144338
Qualified in New York County
Commission Expires April 24, 2010

3136920.1