MAR. 11. 2008 10:42AM                                                                                          NO. 8746   P. 2

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, NY 10017-5639
Tel: 212.490.3000   Fax: 212.490.3038

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

March 11, 2008

*Via Facsimile (212.805.6382)*

Hon. Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 660
New York, NY 10007

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 3-11-08

    Re:    Ganu et al. v. Metropolitan College of New York, et al.
            Civ. No.    :    07-09899 (VM)
            Our File No.    :    04127.00196

Dear Judge Marrero:

    This firm represents the defendants in the above-referenced matter. We write regarding the March 4, 2008 request of plaintiffs' counsel, Walker G. Harman, Jr., for leave to file an amended complaint to add: (a) a claim for unlawful FMLA retaliation; and (b) Ruth E. Lugo as a defendant in her individual capacity.

    We respectfully request that we be given an opportunity to respond to plaintiffs' application. We anticipate that a letter to that end will be prepared and submitted to you, with your consent, by **Thursday, March 13, 2008**.

    We thank you for your time and consideration. Of course, should you have any questions or concerns, please do not hesitate to contact me.

                            Respectfully Submitted

                        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                  */s/ Susan K. Slim*
                                  Susan K. Slim

cc: Walker G. Harman, Jr. (*by facsimile only*)

> [Handwritten annotation:] Request DENIED. Under the lenient standard of Rule 15, the Court is obliged to grant motions to amend pleadings absent a compelling showing of prejudice or other extraordinary circumstances, for which a good faith basis at this early [...]
> **SO ORDERED.**