# THE HARMAN FIRM, PC
ATTORNEYS & COUNSELORS AT LAW

1350 BROADWAY, SUITE 1510, NEW YORK, NY 10018
TELEPHONE 212 425 2600 FAX 212 971 0417
WWW.THEHARMANFIRM.COM

April 8, 2008

**VIA FACSIMILE (212-805-6382)**

Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 660
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-7-08
```

Re:   Ganu et al. v. Metropolitan College of New York, et al., 07 Civ. 09899 (VM)

Dear Judge Marrero:

   I represent the plaintiffs in the above-referenced action and write in response to defendants' letter dated April 7, 2008. Contrary to the assertions in defendants' letter, I do consent to an adjournment of the initial case management conference currently scheduled for April 11, 2008. However, as I explained to opposing counsel, I will not consent to an adjournment of the conference until after the defendants have answered plaintiffs' amended complaint. It is in both parties' interest to get a scheduling order in place and begin the discovery process as soon as possible. Plaintiffs' complaint was filed back in December 2007 and plaintiffs' amended complaint will be filed and served before the end of this week.

   In addition, I was recently notified that, pursuant to a Court directive, I must take a deposition in Martin v. MTA Bridges and Tunnels, 06 Civ. 03125 (CM)(RLE) on the same day, thus necessitating an adjournment for reasons unrelated to those raised by defendants. Accordingly, I consent to defendants' request and respectfully request a short adjournment of the April 11 conference.

Respectfully submitted,

*Walker G. Harman, Jr.*

Walker G. Harman, Jr.

Cc:   Susan K. Slim, Esq.
      Rose Weber, Esq.

Request GRANTED. The next status conference herein is rescheduled to 4-18-08 at 9:15 A.M.

SO ORDERED.

4-9-08
DATE    VICTOR MARRERO, U.S.D.J.