AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Southern                           DISTRICT OF                           New York

## APPEARANCE

Case Number:  07-cv-9899

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Ruth E. Lugo (Individually Named Defendant in Plaintiffs' Amended Complaint)

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/6/2008 | |
| Date | Signature |
| | David S. Sheiffer      DS4198 |
| | Print Name      Bar Number |
| | Wilson Elser Moskowitz Edelman & Dicker/150 E. 42nd St. |
| | Address |
| | New York     NY     10017 |
| | City     State     Zip Code |
| | (212) 490-3000     (212) 490-3038 |
| | Phone Number     Fax Number |