≋AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern   DISTRICT OF   New York

## APPEARANCE

Case Number: 07-cv-9899

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Ruth E. Lugo (Individually Named Defendant in Plaintiffs' Amended Complaint)

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/6/2008 | _[signature]_ |
| Date | Signature |
| | Steven L. Young     sly8110 |
| | Print Name     Bar Number |
| | Wilson Elser Moskowitz Edelman & Dicker/3 Gannett Drive |
| | Address |
| | White Plains    NY    10604 |
| | City    State    Zip Code |
| | (914) 323-7000     (914) 323-7001 |
| | Phone Number     Fax Number |