**THE HARMAN FIRM, PC**
ATTORNEYS & COUNSELORS AT LAW

1350 BROADWAY, SUITE 1510, NEW YORK, NY 10018
TELEPHONE 212 425 2600  FAX 212 971 0417
WWW.THEHARMANFIRM.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/19/08

June 19, 2008

**VIA FACSIMILE (212-805-4268)**

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States Courthouse
500 Pearl St., Room 510
New York, NY 10007

**MEMORANDUM ENDORSED**

Re:  Ganu et al. v. Metropolitan College of New York, et al., 07 Civ. 09899 (VM)(GWG)

Dear Judge Gorenstein:

I represent the plaintiffs in the above-entitled action for employment discrimination. On May 5, 2008, your Honor ordered the parties to contact each other in an attempt to reach an agreement as to (a) which form of mediation will be employed and (b) approximately when the mediation should take place. Your Honor also ordered plaintiffs to write a letter within 30 days to advise the Court on the outcome of these discussions. However, my office never received notification of this Order, and as such, the parties were unable to comply with the directives. In fact, I was first notified yesterday of the Order from your Honor's chambers.

Accordingly, I respectfully request that your Honor allow two (2) weeks for the parties to attempt to reach an agreement and for plaintiffs to report back with respect to the outcome. I sincerely apologize for the miscommunication and thank the Court for its attention to this matter.

Respectfully submitted,

*Walker H. Harf*

Walker G. Harman, Jr.

Cc:  Susan K. Slim, Esq.

*Granted. Mr. Harman is directed to contact the ECF help desk to determine why he did not receive an e-mail notification when the ECF system says it was sent to two addresses at his firm domain name.*

SO ORDERED: DATE: 6/19/2008

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE