# THE HARMAN FIRM, PC

ATTORNEYS & COUNSELORS AT LAW

1350 BROADWAY, SUITE 1510, NEW YORK, NY 10018

TELEPHONE 212 425 2600   FAX 212 971 0417

WWW.THEHARMANFIRM.COM

July 14, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-14-08
```

**VIA FACSIMILE (212-805-6382)**

Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 660
New York, NY 10007

          Re:    Ganu et al. v. Metropolitan College of New York, et al., 07 Civ. 09899 (VM)(GWG)

Dear Judge Marrero:

    I represent the plaintiffs in the above-referenced action. Pursuant to your Honor's Scheduling Order, all responses to requests for discovery and interrogatories were to be served on or before June 30, 2008. I write to advise your Honor that the parties have agreed to an extension of time to respond to all discovery and interrogatories until August 15, 2008. Our agreement is based on the fact that there are multiple plaintiffs (all of whom are academics and some of whom are out of the area or even the country for the summer) and it has and will take more time than expected to compile the necessary information to complete document discovery.

    Furthermore, Magistrate Gorenstein has ordered the parties to mediation, and counsel for the parties are presently engaging in efforts to negotiate the terms of the mediation. Obviously, were the case to settle through mediation, a settlement could potentially obviate the need for some, if not all, of the contemplated discovery.

    Accordingly, I respectfully request that your Honor approve and endorse the aforementioned extension of time. Thank you for your attention to this matter.

                                Respectfully submitted,

                                Walker G. Harman, Jr.

Cc:    Susan K. Slim, Esq.

> **Request GRANTED.** The Case Management Plan for this action is amended so as to extend the time for completion of all discovery and interrogatories to 8-15-08. Any other related deadlines affected by this extension shall be similarly modified.
> **SO ORDERED.**
> 7-11-08
> VICTOR MARRERO, U.S.D.J.