# THE HARMAN FIRM, PC

### ATTORNEYS & COUNSELORS AT LAW

1350 BROADWAY, SUITE 1510, NEW YORK, NY 10018

TELEPHONE 212 425 2600   FAX 212 971 0417

WWW.THEHARMANFIRM.COM



July 14, 2008

**VIA FACSIMILE (212-805-4268)**

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States Courthouse
500 Pearl St., Room 510
New York, NY 10007

> Re:    Ganu et al. v. Metropolitan College of New
>         York, et al., 07 Civ. 09899 (VM)(GWG)

Dear Judge Gorenstein:

I represent the plaintiffs in the above-entitled action for employment discrimination. Pursuant to your Honor's Order, dated May 5, 2008, I write to notify the Court that the parties have conferred with respect to settlement, and have been unable to settle the case through such discussions. However, counsel have agreed that mediation conducted by your Honor would be the best method of potentially achieving an amicable resolution.

Accordingly, I respectfully request that your Honor schedule a mediation. Thank you for your attention to this matter.

Respectfully submitted,

Walker G. Harman, Jr.

Cc:    Susan K. Slim, Esq.

How odd that paragraph 5(b) of the May 5 order was not complied with.

The Court will schedule the settlement conference to occur after the close of fact discovery, unless the parties request otherwise.

SO ORDERED    DATE: 7/14/2008

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE