# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, NY 10017-5639
Tel: 212.490.3000   Fax: 212.490.3038

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean*
*Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

August 11, 2008

*Via Facsimile Only (212.805.42__)*
Mag. Judge Gabriel Gorenstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 510
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-13-08

[Handwritten: Granted. If no settlement is reached, the parties shall discuss a new schedule and send joint or separate proposals by October 1, 2008.]

SO ORDERED [signature] 8/13/08
UNITED STATES MAGISTRATE JUDGE

Re:   Ganu et al. v. Metropolitan College of New York, et al.
      Civil Action No.    :    07-09899 (VM)(GWG)
      Our File No.        :    10895.00002

Dear Judge Gorenstein:

As you are aware, this firm represents the defendants in the above-referenced matter. We write to request a stay of all discovery until October 17, 2008, 30 days after the September 17, 2008 settlement conference scheduled before you. This request is made upon consent of all parties.

In this first request for an extension of all discovery deadlines, defendants seek a stay of all discovery deadlines but for those mandated by the "Standing Order Applicable to Settlement Conference Before Judge Gorenstein." This request is being made to avoid incurring unnecessary costs for document productions and depositions should mediation successfully resolve this action.

Of course, should mediation be unsuccessful, all parties will enter into a revised discovery order setting forth new dates by which discovery must be completed.

We thank you for your attention to this matter and look forward to hearing from you soon. Of course, should you have any questions or concerns, please do not hesitate to contact the undersigned.

Respectfully Submitted

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

[signature]

David S. Sheiffer

3322098.1