```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-15-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

KOMLA GANU, BENJAMIN PATTERSON,
CLIVE NEIL, GREGORY JOSE, and ROSALIA
LAPENA,

                Plaintiffs,

- against -

METROPOLITAN COLLEGE OF NEW YORK,
STEPHEN GREENWALD, PAUL LERMAN, ROBERT
GILMORE, RALPH LEAL, SUSAN LATHAM, and
RUTH LUGO

                Defendants.

------------------------------------------------------------x

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

07 CIV. 9899 (VM) (GMG)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiffs Komla Ganu, Benjamin Patterson, Clive Neil, Gregory Jose, and Rosalia Lapena and Defendants Metropolitan College of New York ("MCNY"), Stephen Greenwald, Paul Lerman, Robert Gilmore, Ralph Leal, Susan Latham and Ruth Lugo, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above-captioned action, including all claims and defenses therein, be and the same hereby is, dismissed with prejudice, with each party to bear its own costs and attorney's fees, with all claims for attorney's fees and costs likewise dismissed with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that this stipulation may be signed in counterparts and such signatures be delivered via hand, facsimile or email, and such signatures may be filed with the Court by hand, facsimile and/or electronically.

3549521.1

Dated: New York, New York
April 15, 2009

| WILSON, ELSER, MOSKOWITZ, EDELMAN & & DICKER, LLP | THE HARMAN FIRM, P.C. |
|---|---|
| By: _____ David S. Sheiffer (DSS 4198) Steven Kent (SK 7209) Attorneys for Defendants 150 East 42nd Street New York, New York 10017 (212) 490-3000 File No. 10895.00002 | By: _____ Walker G. Harman, Jr. (WH 8044) Attorney for Plaintiffs 19 Fulton Street, Suite 408 New York, New York 10038 (212) 425-2600 |

SO ORDERED: 13 June 2009

_____
HON. VICTOR MARRERO, U.S.D.J.

3549521.1

RECEIVED TIME MAY. 18. 4:12PM